## (December 16, 1976)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW O'MALLEY, Appellant.—Judgment, Supreme Court, New York County, rendered on January 20, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, J. P., Lupiano, Silverman, Capozzoli and Nunez, JJ.

LAWRENCE WILAND, Appellant, v STERLING DRUGS, INC., Defendant, and COOKE-WAITE LABORATORIES, INC., Respondent.—Judgment, Supreme Court, New York County, entered on June 25, 1975, unanimously affirmed for the reasons stated by Chimera, J., at Trial Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Capozzoli, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS CASTRILLON, Also Known as CARLOS RODRIGUEZ, CARLOS GARCIA and ROBERTO PEREZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 19, 1975, and judgment, Supreme Court, New York County, rendered on March 13, 1975, unanimously affirmed. Appellate counsel's motions to be relieved as such are denied. No opinion. Concur—Stevens, P. J., Birns, Capozzoli, Lane and Nunez, JJ.